FRANKLIN | SOTO LLP
Joshua D. Franklin, SBN 264536
Cheryl Dunn Soto, SBN 250892
444 West C Street, Suite 300
San Diego, California 92101
619.872.2520
josh@franklinsoto.law
cheryl@franklinsoto.law

*Attorneys for Defendants Shaya Medical P.C. Inc.*
*and Wissam Shaya*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SHAYA MEDICAL P.C. INC., a Florida corporation; WISSAM SHAYA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY OF CITIZENSHIP) |

**TO THE CLERK, PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants SHAYA MEDICAL P.C. INC. and WISSAM SHAYA (collectively, "Defendants"), all citizens of the State of Florida, hereby remove to this Court the state court action described below:

1.      On March 30, 2021, an action was commenced in the Superior Court of California, County of Orange, entitled *Balboa Capital Corporation v. Shaya Medical P.C. Inc., et al.* and assigned case number 30-3021-01192381-CU-CL-CJC.

2.      The Summons and Complaint were served on Defendants on April 6, 2021.

3.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendants are attached to this Notice as Exhibits as follows:

(a) The Complaint filed in that action is attached hereto as Exhibit "A."

(b) The Summons is attached hereto as Exhibit "B."

(c) The Civil Case Cover Sheet is attached hereto as Exhibit "C."

(d) The Alternative Dispute Resolution (ADR) Information Package is attached hereto as Exhibit "D."

4.      Defendants are removing this action within thirty (30) days after being served with the Summons and Complaint.  Removal is therefore timely under 28 U.S.C. § 1446(b).

5.      This is a civil action over which this Court has original jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. section 1441(b), because there is complete diversity between the parties and the amount in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

6.      Plaintiff BALBOA CAPITAL CORPORATION is, and was at the time of the filing of the complaint, a California corporation with its principal place of business located in the City of Costa Mesa, County of Orange, State of California, and, therefore, is deemed a citizen of the State of California.

7.      Defendant SHAYA MEDICAL P.C. INC. is, and was at the time of the filing of the complaint, a Florida corporation with its principal place of business in Jacksonville, Florida, and, therefore, is deemed a citizen of the State of Florida.

8.      Defendant Dr. WISSAM SHAYA is an individual who is, and was at the time of the filing of the complaint, domiciled in the State of Florida and, therefore, is deemed a citizen of the State of Florida.

9.      The presence of Doe defendants in this case has no bearing on diversity with respect to removal.  *See* 28 U.S.C.A. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded.").

10.     Because Plaintiff is a citizen of the State of California and Defendants are citizens of the State of Florida, there is complete diversity of citizenship under 28 U.S.C. § 1332(a)(1), and the requirement of diversity is satisfied.

11.     In its complaint, Plaintiff BALBOA CAPITAL CORPORATION claims that Defendants have breached a contract and related guarantee and that they owe Plaintiff $241,264.22.  *See* Exhibit A, Complaint, Prayer for Relief.  Therefore, based upon the express allegations of Plaintiff's complaint, the matter in controversy here exceeds the jurisdictional sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

12.     Accordingly, the requirements for the Court to exercise diversity jurisdiction under Section 1332 are satisfied, and removal to this Court is appropriate under Section 1441(b).

13.     As required by 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal Defendants will serve written notice of the removal and the filing of this Notice of Removal on counsel for Plaintiff BALBOA CAPITAL CORPORATION and will file a copy with the Clerk of the Superior Court for the State of California in and for the County of Orange.

1      14.    Defendants have not filed any responsive pleading to the Complaint as

2  of the date of this notice.  A responsive pleading by each Defendant was originally

3  due to be filed in Superior Court no later than May 6, 2021.  Pursuant to Rule

4  81(c)(2) of the Federal Rules of Civil Procedure, Defendants' answer or other

5  responsive pleading is now due on May 12, 2021.

6

7  Dated: May 5, 2021                    Respectfully submitted,

8

9                             FRANKLIN | SOTO LLP

10

11                             /s Cheryl Dunn Soto

12                           _____

13                           Joshua D. Franklin
                           Cheryl Dunn Soto

14

15                           *Attorneys for Defendants*
                         *Shaya Medical P.C. Inc. and Wissam Shaya*

16