UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SHAYA MEDICAL P.C. INC.; WISSAM SHAYA; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 8:21-cv-00831-CJC-JDE<br><br>STIPULATED SUPPLEMENTAL PROTECTIVE ORDER<br><br>[Note Changes by the Court] |

    Based on the Supplemental Stipulation for Protection Order (Dkt. 62) by and between the parties and non-party Cynosure, LLC ("Cynosure"), and for good cause appearing, the Court finds and orders as follows:

    WHEREAS, on April 14, 2022, the Court entered the Stipulated Protective Order (Dkt. 61, "Order") to govern the production and use of Confidential Discovery Material ("Confidential") as defined in that Order;

    WHEREAS, Defendants have served a Subpoena on Cynosure requesting production of sensitive information from Cynosure;

WHEREAS, Cynosure has objected to the production of sensitive documents and information requested in the Subpoena without adequate protections to prevent competitive harm to Cynosure that would occur in the event Cynosure's competitors and/or others were to gain access to sensitive information contained in material designated Confidential by Cynosure;

The Parties hereby stipulate and agree as follows:

1. Cynosure may designate any documents it produces in response to subpoenas issued in this case as "Confidential" under the terms of the Order. <u>The Order expressly provides for such designation by third parties. See Order, ¶ 11(a).</u>

2. Nothing contained in this Stipulated Supplemental Protective Order shall be construed to prejudice any party's right to use at trial or in any hearing before the Court material designated "Confidential" by Cynosure, or any party's right to challenge any such use. Cynosure reserves the right to seek additional relief from the Court with respect to its "Confidential" material that may be presented at trial or in any hearing before the Court. Cynosure's ~~"Confidential" material shall not lose its designated status through its mere use at trial or in any hearing before the Court.~~ <u>Neither the prior Order nor this Supplemental Order controls the use of "Confidential" material at trial.</u> Further procedures for the handling of Cynosure's "Confidential" information at trial shall be addressed in a final pretrial order. The parties shall meet and confer with Cynosure to negotiate a proposal for Court approval addressing the treatment of material previously designated "Confidential" by Cynosure prior to the entry of a final pretrial order.

3. This supplement to the Order is in addition to all protections contained in the April 14, 2022 Order.

/ / /

/ / /

/ / /

/ / /

4. This supplement to the Order shall have no effect on documents and information not produced by Cynosure.

IT IS SO ORDERED

DATED: April 21, 2022

_____
JOHN D. EARLY
United States Magistrate Judge