

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 21-00831-CJC (JDEx)            Date: February 24, 2023

Title: <u>BALBOA CAPITAL CORPORATION V. SHAYA MEDICAL P.C. INC. ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

  <u>Rolls Royce Paschal</u>                       <u>N/A</u>
    Deputy Clerk                           Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

  None Present                             None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

      On February 16, 2023, the parties filed a second stipulation to extend the date for dismissal of this action with prejudice to February 23, 2023, unless prior thereto one or more of the parties filed with the Court a request for an additional extension. (Dkt. 102.) The Court issued an order the next day extending the date for dismissal accordingly. (Dkt. 103.) Since neither party has filed a request by that deadline, this action is hereby **DISMISSED WITH PREJUDICE**.

jso

MINUTES FORM 11
CIVIL-GEN                                                       Initials of Deputy Clerk RRP